In the Matter of Michele A. Sloma, Respondent, v Eric M. Sloma, Appellant. (Appeal No. 2.) [48 NYS3d 902]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered March 14, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of respondent to vacate an order entered February 6, 2014.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Sloma v Sloma* ([appeal No. 1] 148 AD3d 1679 [2017]). Present—Centra, J.P., Peradotto, DeJoseph, Curran and Scudder, JJ.